THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

BRUD ROSSMANN, ESQUIRE
4560 MACARTHUR BLVD, NW
UNIT 201
WASHINGTON, DC 20007
TEL. 202 848 0317
EMAIL. BROSSMANN1@YAHOO.COM
EMAIL.  BROSSMANN111@GMAIL.COM

      Plaintiff Pro Se

v.

Clerk Of The Court
7th Circuit
State of Alabama
Calhoun County Courthouse
25 W 11th St.
Anniston, Alabama
(256) 231-1866

and,


Ms. Melanie "Doe"
CLERK OF THE COURT
7th Circuit
State of Alabama
Calhoun County Courthouse
25 W 11th St.
Anniston, Alabama
(256) 231-1866
Phone: (256) 782-5781


and,



Case: 1:19–cv–03854    Jury Demand
Assigned To : Unassigned
Assign. Date : 12/30/2019
Description: Pro Se Gen. Civil (F Deck)

RECEIVED
Mail Room

[   ] 0 2019

Angela E. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Brud Rossmann v. ~~████~~ et al

Filed on or about December 9, 2019

U.S. District Court for the District of Columbia

Page 1 of 27

1

Christie "Doe"
Cir. Criminal,
Clerk-2
Clerk Of The Court
7th Circuit
State of Alabama
Calhoun County Courthouse
25 W 11th St.
Anniston, Alabama
(256) 231-1866
Jacksonville State University
Local Magistrate/Police Office?? Etc
700 Pelham Rd N, Jacksonville, AL 36265
Phone: (256) 782-5781

and,

Ashley "Doe"
Clerk-3
Clerk Of The Court
7th Circuit
State of Alabama
Calhoun County Courthouse
25 W 11th St.
Anniston, Alabama
(256) 231-1866

and,

Tiffany "Doe"
Clerk-4
Clerk Of The Court
District Court
Criminal Division
7th Circuit
State of Alabama
Calhoun County Courthouse
25 W 11th St.
Anniston, Alabama
(256) 231-1866

and,

Jordan Trammell
Clerk-5
Clerk Of The Court
7ᵗʰ Circuit
State of Alabama
Calhoun County Courthouse
25 W 11th St.
Anniston, Alabama
(256) 231-1866
(256) 231 1750

and,

Sergey Ivanov
Professor
The University of the District of Columbia (UDC)
4400 Connecticut Avenue, NW
Washington, DC 20008?

and,

Les Vermillion
Professor
The University of the District of Columbia (UDC)
4400 Connecticut Avenue, NW
Washington, DC 20008?

and,

Officer Gillespie
The District of Columbia
Department of General Services
Division of Protective Services
2000 14th St NW Washington, DC 20009
Phone: (202) 727-2800

and,

SHAWN GIDDY,
FORMER CHIEF OF POLICE
JACKSONVILLE STATE UNIVERSITY (JSU)
University Police
Salls Hall
700 Pelham Road North
Jacksonville, AL 36265
(256) 782-5050
(256) 782-8888

and,

JOHN DOE 1
JOHN DOE 2
JOHN DOE N, N+1

      Defendants

---

# COMPLAINT[1]

## I.

### INTRODUCTION

1. The Plaintiff, Brud Rossmann, a former decorated Trial
   Attorney of the U.S. Department of Justice, receiving
   "Outstanding" performance reviews when handling both National
   Security matters and Billion Dollar cases, Honors graduate of
   Harvard Law School, (cum laude, 1989), Excellent reviews when
   managing a leading investment fund, with possibly Best in

---

[1]     Like every other writing in Brud Rossmann's name for decades, this writing suffers hacking.

World Investor status and financial returns, as the best fund
manager of the world's arguably leading venture capital
capacity (if not fund) of all time, AOL Investments, if not
AOL Time Warner Ventures, [(1999 to 2001 vintage funds,
Venture Capital, 10 year return profiles, consistent with LP
tenures, subscription agreements, outlier global leverage and
returns per dollar proven elsewhere, evidently 7 or 8 IPOs on
18 direct investments, possibly 202% IRR, on baseline direct
investments, (without consideration of Fund of Funds
investments in Israel led by Brud Rossmann in Y2000, and as
benchmarked to Thompsons, other reporting, 2002, 2009, other
dates, years, other sources, etc etc etc)], and recipient of a
community service award from the Attorney General of the
United States of America for his volunteer work in the African
American community of Anacostia, MD, outside of Washington,
D.C. brings this Complaint. Exh. Sec. 1.

2. Brud Rossmann is also a "friend" of Anthony Scaramucci, recent
Director, White House Communications, under President Trump.
Exh. Sec. 1.

3. And, a former social acquaintance of current Deputy Attorney
General Rod Rosenstein.

4. This complaint challenges the most basic of Due Process

failures: the refusal to docket that which has been filed many times, for years, a motion to quash an unlawful arrest warrant.

5. And, the refusal to docket Brud Rossmann's similar Motions to Dismiss, beyond the Motions to Quash the arrest warrant, starting 2 ½ years ago.

6. Since May/June, 2017, and in connection with the Alabama numbered, captioned proceedings, Criminal No. WR 2017 1511 and Criminal No. 2017 W 0890 , and that in D.C., D.C. Superior Court proceeding 2017 FUG 8339, the clerks have repeatedly refused even the most basic of Due Process protections: "ministerial" docketing of filings, motions dispositive, meritorious.

7. And without which of course no Due Process can possibly follow.

8. The Motions are not only meritorious, they serve alternatively as a de facto indictment of human scum in D.C., or elsewhere, which fabricated emails in Brud Rossmann's name upon which Alabama authorities apparently unlawfully relied in originating, issuing the arrest warrant.

9. The motives, guilt, other liability of such cretins are

otherwise proven by IRS rulings, findings, in Brud Rossmann's favor.

10.  The IRS findings, for example, that such persons, in Agency, otherwise, stole from Brud Rossmann ("Theft" losses) or destroyed his property ("Casualty" losses, Publication 547 based determinations), including via personal identity theft, are truly unprecedented in all of IRS history.

11.  Legal bases, factual findings, loss adjustment formula. All never before in IRS history, and at material levels.

12.  The IRS findings included specific findings of Identity Theft ranging beyond Power of Attorney abuses to Tax Fraud effected online, via forms 1099-S, otherwise.

13.  Brud Rossmann demands the docketing of his Motion to Quash, and his Motions to Dismiss, in Alabama.

14.  And toward the Quashing of a patently and criminally flawed arrest warrant.

II.

## JURISDICTION AND VENUE

7. This court has jurisdiction under diversity, Federal subject matter, and related authorities. 28 U.S.C. 1331, 1332.

12.                        Pendent or related jurisdiction

is otherwise applicable. 28 U.S.C. 1367.

13.                        This is an appropriate venue

under 28 U.S.C. 1391, 1392 ©

14.                        This Court has pendent or

supplemental jurisdiction pursuant to 28 U.S.C. 1367 over

all other claims that are so related to claims within its

original or exclusive jurisdiction that they form part of

the same case or controversy under Article III of the

United States Constitution.

15.                        Pendent jurisdiction or

supplemental Federal jurisdiction is well-supported on

grounds of a "common nucleus of operative fact" -- as

established by concurrent timing, largely identical actors,

the identical underlying transactions in question, and

related evidentiary bases defining casualty and theft

events across jurisdictions and various actors in this

jurisdiction and others.

16.                        Alternative bases extend to in

rem jurisdiction found in the general provisions of the

Federal Rules of Civil Procedure (FRCP), including enabling

or similar provisions of the Statute as defined by

Congress, Article I, in the first instance.

17.                    Where the instant causes of

action ultimately define an action in rem or quasi in rem,

to include property interests held in bank accounts, via

land records recordings, or in derivative instruments

reflecting the Financing of such property or rights to

continued financing or re-financing, jurisdiction is also

supported by the enabling statute, the Rules Enabling Act,

and Federal Rule of Civil Procedure Supplemental Rule A and

Rule E. Actions in Rem and Quasi in Rem: General

Provisions.  Colorable factual bases for this further

jurisdictional basis are pled herein.

III.

**PARTIES**

*Brud Rudolph Rossmann, "Esquire"*

18.    Plaintiff resides or has property in this

jurisdiction.

19.    Plaintiff is or was a successful professional,

graduate of Harvard Law School (cum laude, 1989), graduate

of University of Michigan, Ann Arbor, a top 7 or 8 .

university in the America at the time, ahead of several Ivy

League institutions, earning two (2) degrees in four (4)

years, a M.P.P., Master of Public policy, and A.B. in Economics, with several top level academic honors, e.g. Slater Scholarship, Otto Graf Award, and while taking Ph.D level classes in Economics, Math, master's level course in Business Administration, e.g. options/futures trading, other master's level courses to include, without limitation, econometrics, public policy, statistics, other applied mathematics, Engineering level classes in Calculus, etc, age 18 to 22, and is a former Trial Attorney of the U.S. Department of Justice who received "Outstanding" reviews while handling Billion Dollar cases and National Security matters. Exh. Sec. 1

20.     He was rated one of the best graduates of a top 7, 8 university across several academic scholarships, awards.

21.     Brud Rossmann may "enjoy" a 186 IQ score, Wechsler Bellevue variant. Recent data:  1 in 202+ million persons levels of infrequency.

22.     Brud Rossmann's wins before the IRS, truly and materially unprecedented, e.g. all of IRS NOL policy as related to the Real Estate/Wall Street bubbles, Q1 2003 to Q4 2008, are but one example.

23.     *Clerks, Jacksonsville State University, Criminal Division, and 7th Circuit, State of Alabama, Anniston, Alabama'*

24.     The relevant clerks in the Anniston Court, or in
related tribunals associated with Jacksonville State
University (JSU), were, are named, alternatively: (i) April
3, 2019, "Ms. Melanie", 510 p.m. EDT, (ii) "Christie", Cir.
Criminal, (iii) "Ashley", both numbers "not in our system",
(iv) "Tiffany", District Court, Criminal Division, "nothing
on the case yet", warrant "issued but not served on [you]"
and yet in their system, only "issued" status, and (v)
"Jordan Trammell", 256 231 1750, who promised that she
would check into the status with Chambers, DA, etc, and get
back to me on the morning by reply call on 4 4 19.

25.     She did not.

26.     Nor did any other person call Brud Rossmann back.

27.     Brud Rossmann's 4 3 19 and April 4, 2019 inquires were
under both numbers found on face of his motion to quash:
Criminal No. WR 2017 1511 and Criminal No. 2017 W 0890.

28.     Prior calls, other correspondence dating back to 2018
generated these criminal proceeding numbers or a portion as
well.

29.     And confirmed on many dates over the last 2 plus years
that all of Brud Rossmann's numerous Motions to Quash,
Motions to Dismiss had been refused docketing.    Over and
over again.

Brud Rossmann v. McVeigh et al
Filed on or about December 9, 2019
U.S. District Court for the District of Columbia
Page 11 of 28

30.    Again, these numbers were provided by the very Clerks who have systemically, on many many occasions, since May, 2017, refused to docket several fully lawful, several fully meritorious Motions to Dismiss (and Motions to Quash) the criminal charges or warrant itself.

31.    Starting when Brud Rossmann was first unlawfully arrested and jailed on the underlying basis of a so-called "Terrorist Threat" in May, 2017.

*32.*    Many witnesses, much proof.

33.    ***Chief Shawn Giddy, Chief Of Police, Jacksonville State University (JSU)***

34.    Chief of Police, Jacksonville State University (JSU, Alabama.

35.    Effected the origination of the unlawful arrest warrant on evidence which could not have survived any reasonable or lawful "probable cause" vetting.

36.    He or his staff presented such threshold proof to a Magistrate, unnamed, in order to originate the otherwise wholly unlawful arrest warrant.

37.    Chief Giddy confirmed on 1 31 2018 that the Alabama state level warrant, via JSU, was determined by the locals, or those acting in Agency, to NOT be extraditable.

38.    Nate Mensah, Esquire, DC Public Defender's Service, at his desk, in his office, on Government funded property,

reported this to Brud Rossmann.

39.     As Brud Rossmann observed him speaking to Chief Giddy, real time, live, on 1 31 2018.

40.     It was also contemporaneously memorialized, satisfying several hearsay exceptions to the Law of Evidence precluding such statements from being admissible otherwise.

41.     Business records, etc.

*42.*     Giddy was recently terminated as JSU police chief for his apparent mishandling of a sexual abuse, assault claim. However, he apparently can still be reached at the Police Station at JSU.

43.     ***Sergey Ivanov, Professor at The University of the District of Columbia.***

44.     Ivanov fabricated emails inculpating Brud Rossmann in "unlawful" death threats. The email dated 10 22 2014, attached, as an Exhibit, is but one example of many. Exh. Sec. 3.

45.     This was proven or otherwise evidenced in many legal proceedings.

46.     Sergey Ivanov is employed as a professor at the University of the District of Columbia (UDC).

*47.*     IRS rulings, findings in Brud Rossmann's favor on personal identity theft and other Theft or Casualty bases are consistent with, corroborating of Ivanov's liability.

48.   *Les Vermillion, Professor, The University of the District of Columbia.*

49.   Also a professor at UDC.

50.   Vermillion fabricated emails and videos inculpating Brud Rossmann on You Tube, email accounts.  Exh. Sec. 3.

51.   This has been proven or otherwise evidenced in many legal proceedings.

52.   Les Vermillion is employed as a professor at the University of the District of Columbia (UDC).

53.   IRS rulings, findings in Brud Rossmann's favor on personal identity theft and other Theft or Casualty bases are consistent with, corroborating of ~~Ivanov's~~ VERMILLION'S liability.

*54.*   Otherwise associated with Ivanov.

*55.*   *Officer (First name unknown) Gillespie, D.C. Division of Protective Services, Washington, D.C.*

56.   Presented a patently unlawful, implausibly unprofessional, facially implausible arrest warrant at about 2 a.m. On May 14, 2017 at CCNV. Exh. Sec. 4

57.   And only on Brud Rossmann's demand – and after awoken, accosted, falsely arrested, worse in the middle of the night yet again by Gillespie or his DC DPS associates, agencies.

58.   Nazi-like tactics.  Witnessed, remarked upon, unsolicited, by many other persons over many years.

59.    And, as documented across the Exhibits to prior
       Federal Court filings, DC Superior Court filings,
       otherwise.

60.    Gillespie otherwise effected an unlawful arrest in
       connnection with the otherwise wholly unlawful arrest
       warrant originated in Alabama. And at JSU's behest.

61.    IRS rulings, findings are one proof.  One data point
       consistent with, corroborating of the proposition.
       10,000s+ of others otherwise.

IV.

## FACTUAL BACKGROUND

39.  In this latest perversion of Due Process, Brud Rossmann
must petition for the simplest of things: the docketing of
repeated filings of a motion to quash an unlawful arrest
warrant.

1. And many also filed and similarly undocketed Motions to
   Dismiss.

2. But again, the Clerks in Alabama have repeatedly, otherwise
   implausibly, refused docketing of many, many Motions to
   Dismiss, and Motions to Quash an arrest warrant that stinks
   from inception of gross criminality:  fabricated emails
   authored by others, and nonetheless still likely otherwise
   lawful on their face.  Exh. Sec.

3. Meaning despite the wholesale third party fabrication, the emails in Brud Rossmann's name would still survive scrutiny; i.e., no probable cause was possible on a reasoned judgment by a magistrate, and thus no arrest warrant should, could have lawfully issued.

4. *Brud Rossmann has repeatedly filed Motions to Quash the JSU originated arrest warrant since May, 2017 – and Motions to Dismiss; none have been docketed as filed*

5. Once Brud Rossmann was, yet again, unlawfully arrested, jailed, (as memorialized in the DC Superior Court proceeding, 2017 FUG 8339, arrested 5 14 2017, 5 15 2017 (arraignment date), released 6 14 2017, 31 days, 32 days inclusive), he immediately filed one after another Motions to Quash the arrest warrant, and related Motions to Dismiss.

6. These date from May, 2017 to 2019.

7. All have been unlawfully refused docketing in the local courts of Alabama.

8. *Proof of same appears, selectively, in Brud Rossmann's voluminous Federal Court complaint filings dating from June, 2017.  Accessible via PACER.*

9. *Brud Rossmann has engaged local clerks, prosecutors, defense counsel, academics, and many others in relation to the false arrest warrant.*

10.     Brud Rossmann has spoken with, otherwise corresponded
with many local prosecutors, other attorneys, clerks,
police, jurists, in Alabama, and in DC, (including without
limitation emails), and otherwise confirmed that they have
assigned case or warrant numbers to the proceedings in
Alabama.

11.     Brud Rossmann has also confirmed that his mailings to
the local 7th Circuit court in Anniston, Alabama were
transmitted on many, many occasions starting in May, 2017.

12.     There are numerous witnesses to such transmissions,
the receipt of such Motion filings, etc.  And, for about
2.5 years.

13.     And, it is proven otherwise that they were received.

*14.*     But refused docketing over and over again.

*15.*     *The Arrest Warrant is proven, confirmed non-*
*extraditable*

16.     Brud Rossmann has confirmed with the local JSU Police
Chief, Giddy, via Nate Mensah, DC Public Defender Service
that the Arrest Warrant in question is "non extraditable".

17.     This dialog between Mensah and Giddy, which Brud
Rossmann witnessed in the offices of the DC Public Defender
Service, occurred on January 31, 2018.

18.     Nate Mensah is a tall homosexual African American,
about 30. And evidenced as compromised. If not worse.

19.     Mensah did NOT call Brian McVeigh, the local Alabama
        DA, but instead the police officer, in this case Chief
        Giddy. Now fired.

20.     He recommended that Brud Rossmann immediately proceed
        to Alabama to be arrested as his legal "counsel".

*21.*    Brud Rossmann contemporaneously memorialized such
        dialog as he witnessed it.  Hearsay exceptions - business
        records to etc.

*22.     The Arrest Warrant suffers fatal flaws that have
        plagued words, videos in Brud Rossmann's name for years:
        wholesale fabrication by third parties, such persons
        authoring such words, videos, "reality" as if actually Brud
        Rossmann, and consistent with IRS rulings, findings,
        corruption, hacking, other compromising.*

23.     From wholesale fabrication of video featuring Brud
        Rossmann in the 2015 CMD 6066 DC Superior Court proceeding
        (and per witness statements, other proof) to the false
        upload of a video to You Tube on or about 8 11 2018
        featured in Brud Rossmann's 9th Circuit proceedings found on
        PACER, (select Exhibit proof, Exh. Sec. 3), the referenced
        human scum have increasingly wholesale fabricated words,
        video, "expressions" as reality in Brud Rossmann's name.
        And to his continuing suffering.

24.     And then re-leveraged such false, worse first premises
        again and again for their own financial profit.  Their own

dirty money gain. Among other motives.

25.    The IRS findings, conclusions are corroborating.

26.    This is otherwise proven across 1000s, then 10,000s,
       hacked, corrupted, otherwise compromised words, video,
       other "renderings" in Brud Rossmann's name.

27.    _Materially unprecedented IRS rulings, findings._

28.    Brud Rossmann won three (3) loss based claims against
       the IRS under Publication 547.

29.    His victories were findings of Theft, Casualty blamed
       on major mortgage lenders, high net worth individuals, many
       dozens of individuals, real estate developers, etc.

30.    And, otherwise confirmed as but the "tip of the
       iceberg" in terms of liable, guilty parties:  Theft, a
       crime, was confirmed the predominant stated basis across
       all such 2007 and 2007 IRS proceedings.  IRS Publication
       547.

31.    Several major banks, lenders, including those very
       associated with JP Morgan Chase, e.g. American Home
       Mortgage, high net worth individuals, e.g. Ron Lazarus,
       real estate developers, e.g. JCE, Cedar Lane Associates,
       Courtland Homes, etc, were found guilty, liable of STEALING
       Brud Rossmann's money.  Theft. IRS Publication 547.

32.    Specific findings for Brud Rossmann **_included personal_**

**_identity theft_**, related Theft and Casualty, IRS Publication

547, and to include, without limitation, online wholesale

fabrication of Tax return filings with the IRS by third

parties.

33.    From extremely fraudulent Forms 1099-S (Tax Fraud) to

fabricated, fraudulent Powers of Attorney executed, abused

by Ron Lazarus, Stephanie Mahevich, and others, in Brud

Rossmann's name unlawfully, such Theft, Identity Theft, are

proven fact.

34.    And but a small portion of the related pattern of

conduct infecting and corrupting the Arrest Warrant JSU

originated in early 2017.


V.

**CAUSES OF ACTION**

_35._    Defendants, as Principals, or in Agency, to include,

without limitation, Conspiracy, have violated one legal

rule set or regime after another.  A first claim under 42

USC 1983 appears below.  Followed by a libel claim.


_36._    _42 USC 19832_

---

2      Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or
Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other
person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the
Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper

37.      The Statute defines the following "legal elements",
the actual, literal language, as the Cause of Action.  See
Ashcroft v. Iqbal, 556 US _____ (2009)(2 part test for rule
8(a);  (i) sufficient allegation detail, as implicitly
matched to legal element deconstruction of any claim, or
cause of action, and (ii) Gestalt, wholistic invocations of
individual jurist experience to define claim viability).

38.      "Every person":  Defendants clearly qualify as
"person[s]" within the meaning of the statute.

39.      "Deprivation of any rights, privileges, or
immunities":  The Defendants have clearly deprived Brud
Rossmann of his rights, privileges and, not just or,
immunities.

40.      Refusing to docket criminal proceeding filings by a
criminal defendant is a 1983 violation.

41.      Likewise those acting under color of government
authority, e.g. Defendants Les Vermillion and Sergey
Ivanov, have defined another 42 USC 1983 claim.

42.      These or other persons fabricating videos, words in
Brud Rossmann's name, as a false reality, have clearly
deprived Brud Rossmann of his rights, privileges or

---

the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and
laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress,
except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial
capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was
unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia
shall be considered to be a statute of the District of Columbia.

immunities.

43. ***Due Process, 5th, 14th Amendment***

44. The 42 USC 1983 claim above is pled alternatively under the Due Process clause given the involvement of DC sited defendants, their actions being under the color of local D.C. government authority, and local pleading practice.

45. In D.C., otherwise 1983 claims are evidenced as pled under the Due Process Clause – perhaps consistent with the unique status of the "District", not "State" or "Commonwealth", etc.

46. Others, those in Alabama, for instance, are pled Defendants under the 42 USC 1983 authorities cited above.

47. ***Libel***

48. Far more serious than a simple prejudicial misstatement of fact regarding another person, here Defendants effected Brud Rossmann's false arrest, jailing, and continuing false prosecutorial risk among other prejudice via the fabrication of a false written statement mischaracterizing Brud Rossmann.

49. Under-pled as but libel, the relevant legal elements are also satisfied under the Law of Libel.

VI.

### DEMAND FOR RELIEF

50.     Damages: Ten Million Dollars ($10,000,000.00).

51.     Injunctive relief:  an Order requiring A quashing of
the arrest warrant. Brud Rossmann will file a Motion for a
Writ of Mandamus as this Court requires in connection with
this proceeding.

52.     Declaratory relief:  that Defendants have conspired or
otherwise acted unlawfully in the effecting of the arrest
warrant, the non docketing of Brud Rossmann's various
Motions to Quash, Motions to Dismiss over the last 2 ½
years.

        Submitted this day,


                                                    12-23-19

Brud Rossmann, Esquire
Plaintiff
SSN 127 *8 0885
DOB 05 22 196*
202 848 0317
Date:  June 29, 2019, now  . . now December 13, 2019